FILED
Feb 29 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ GloriaVocal DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

October 2022 Grand Jury

UNITED STATES OF AMERICA,

Plaintiff,

v.

JINCHAO WEI,
aka Patrick Wei,

Defendant.

Case No. 23CR1471-H

I N D I C T M E N T
**(Superseding)**

Title 18, U.S.C., Sec. 794(c) - Conspiracy to Communicate, Deliver, or Transmit Defense Information to Aid a Foreign Government; Title 18, U.S.C., Sec. 794(a) - Communicate, Deliver, or Transmit Defense Information to Aid a Foreign Government; Title 22, U.S.C., Sec. 2778(b)(2) and (c) and Title 22, C.F.R., Secs. 121.1, 127.1 and 127.3 - Conspiracy to Export Defense Articles Without a License; Title 22, U.S.C., Sec. 2778(b)(2) and (c) and Title 22, C.F.R., Secs. 121.1, 127.1 and 127.3 - Export of Defense Articles Without a License; Title 18, U.S.C. Sec. 1425(a) - Unlawful Procurement of Citizenship; Title 18, U.S.C. Sec. 2 - Aiding and Abetting; Title 18, U.S.C., Secs. 794(d) and 981(a)(1)(C), Title 22, U.S.C., Sec. 401, and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture

The grand jury charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Superseding Indictment, unless otherwise indicated:

1. Defendant JINCHAO WEI, aka Patrick Wei, was enlisted with the United States Navy as a Machinist's Mate assigned to the U.S.S. Essex,

a Wasp class Landing Helicopter Dock ("LHD")[1] amphibious assault ship moored at Naval Base San Diego. Defendant JINCHAO WEI was born in the People's Republic of China ("PRC"), enlisted in the U.S. Navy in July 2021, and was naturalized as a U.S. citizen in May 2022.

2. As a Machinist's Mate, defendant JINCHAO WEI's primary job duties included the operation, maintenance, and repair of ship propulsion machinery, auxiliary equipment, and outside machinery. As part of his official duties, defendant JINCHAO WEI was required to access various parts of the U.S.S. Essex and had access to sensitive national defense information, some of which was export-controlled, about U.S. Navy ships and their systems, including information about U.S. Navy ships' weapons, propulsion, and desalination systems.

3. The U.S. Navy took measures to protect technical and other information related to the U.S.S. Essex and similar LHDs. Many of the documents that defendant JINCHAO WEI had access to as a Machinist's Mate on the U.S.S. Essex contained conspicuous warnings that the documents held technical data that was subject to export controls. The warnings also stated that distribution was limited to authorized U.S. government agencies and contractors only and that the documents should be destroyed to prevent unauthorized disclosure.

4. Many of the documents that defendant JINCHAO WEI had access to as a Machinist's Mate on the U.S.S. Essex were stored on restricted U.S. Navy computer systems that required users to have a security

---

[1] The Wasp class LHD resembles a small aircraft carrier and allows the U.S. military to project power and maintain presence by serving as the cornerstone of the Amphibious Readiness Group and Expeditionary Strike Group elements in the U.S. Navy. The Wasp class LHD is currently the largest amphibious ship in the world and the U.S. Fleet operates seven of them deployed around the world.

clearance, access rights, and a need-to-know before accessing the above-referenced documents. If a U.S. sailor had a need-to-know, he would first need to apply to his supervisor explaining his need for access. His supervisor would verify his need for access and then request that the relevant U.S. Navy command grant the requesting sailor access.

5. Defendant JINCHAO WEI had a duty to protect national defense information and received training on the proper handling of U.S. government classified, and controlled unclassified, information. In or about February 2022, which is the same month that the criminal conduct described herein began, defendant JINCHAO WEI received counterintelligence and threat awareness and reporting training, which specifically warned him that foreign adversaries might try to recruit him through, among other avenues, social media and blogs, and instructed him to promptly report any recruitment attempts.

6. Defendant JINCHAO WEI maintained a U.S. security clearance and was eligible to access material classified up to and including the SECRET level.

7. Conspirator A, whose identity is known to the Grand Jury, was an intelligence officer working on behalf of the PRC.

8. Defendant JINCHAO WEI was not authorized to disclose national defense information to Conspirator A. Nevertheless, defendant JINCHAO WEI entered a handler/asset relationship with Conspirator A. In or about February 2022, when defendant JINCHAO WEI's espionage activities with Conspirator A began, defendant JINCHAO WEI told another U.S. Navy sailor that he had been asked to spy for the PRC.

9. Approximately a year into his handler/asset relationship with Conspirator A, defendant JINCHAO WEI confided to a family member that he believed Conspirator A was affiliated with the Chinese Navy and that

Conspirator A had paid him thousands of dollars in exchange for sending Conspirator A secrets about the U.S. Navy. The family member congratulated defendant JINCHAO WEI and defendant JINCHAO WEI boasted that while other U.S. Navy sailors were driving cabs to make extra money, all he had to do was leak secrets.

10. Throughout his relationship with Conspirator A, defendant JINCHAO WEI provided Conspirator A with information regarding the defense and weapons capabilities of U.S. Navy ships, potential vulnerabilities of these ships, and information related to ship movement. The unauthorized disclosure of this national defense information could place the national security of the United States, and the safety of defendant JINCHAO WEI's fellow U.S. Navy sailors, in jeopardy.

11. A month before beginning his handler/asset relationship with Conspirator A, in or about January 2022, defendant JINCHAO WEI filed his application with the U.S. government to become a naturalized U.S. citizen. After entering his handler/asset relationship and beginning to pass national defense information and/or export-controlled information to Conspirator A, defendant JINCHAO WEI made multiple false and material statements to the U.S. government during his naturalization process. As a result of these false statements, defendant JINCHAO WEI was naturalized as a U.S. citizen in approximately May 2022. After learning that defendant JINCHAO WEI had become a U.S. citizen, Conspirator A congratulated him and sent him extra money as a celebratory gift.

THE ARMS EXPORT CONTROL ACT AND THE

INTERNATIONAL TRAFFIC IN ARMS REGULATIONS

12. In furtherance of the national security and foreign policy interests of the United States, the export of defense-related articles

was regulated by the Arms Export Control Act, Title 22, United States Code, Section 2778 ("AECA"). Section 2778(a) authorized the President of the United States to control the import and export of defense articles and to establish a United States Munitions List ("USML"), which identified and defined the defense articles subject to those controls. Section 2778(b) provided that any person engaged in the business of manufacturing or exporting any defense article shall register with the government. Section 2778(c) established criminal penalties for any willful violation of Section 2778 or any rule or regulation thereunder.

13. The United States Department of State, through the Directorate of Defense Trade Controls ("DDTC"), implemented these statutory provisions by adopting the International Traffic in Arms Regulations ("ITAR"), Title 22, Code of Federal Regulations, Parts 120 et seq. These regulations established the USML and required an export license for the export of any items on the USML. "Defense articles," as that term is used in Title 22, United States Code, Section 2778(b)(2) and the ITAR, means items, including technical data, designated for placement on the USML as weapons, weapons systems, aircraft, surface vessels of war, associated equipment, and other implements of war.

14. With limited exceptions for the closest military allies of the United States, a person or entity seeking to export from the United States designated "defense articles" on the USML must receive a license or other approval from the DDTC.

15. At no time did defendant JINCHAO WEI obtain a license from the DDTC.

**Count 1**

16. Paragraphs 1 to 15 are restated and realleged as if set forth herein.

17. Beginning in or about February 2022, and continuing through August 2023, within the Southern District of California, and elsewhere, defendant JINCHAO WEI, aka Patrick Wei, and Conspirator A, did knowingly and unlawfully conspire together and with each other and with others, known and unknown to the grand jury, to communicate, deliver, and transmit to a foreign government, to wit, the Government of the People's Republic of China, and representatives, officers, agents, employees, subjects, and citizens thereof, directly and indirectly, documents, sketches, plans, notes, and information relating to the national defense of the United States, with intent and reason to believe that such documents, sketches, plans, notes, and information were to be used to the injury of the United States and to the advantage of a foreign nation, namely, the Government of the People's Republic of China.

**Manner and Means of the Conspiracy**

18. Defendant JINCHAO WEI and Conspirator A used the following manner and means, among others, to communicate, deliver, and transmit documents, sketches, plans, notes, and information relating to the national defense of the United States to the Government of the People's Republic of China:

a. Defendant JINCHAO WEI and Conspirator A used multiple internet-based encrypted methods to communicate;

b. Conspirator A tasked defendant JINCHAO WEI with PRC collection priorities and collection of the type of U.S. military information Conspirator A was interested in receiving, including national defense information;

c. Conspirator A instructed defendant JINCHAO WEI to gather non-public U.S. military information, including national

defense information, and told him that original documents were preferred;

d. Conspirator A instructed defendant JINCHAO WEI not to discuss their relationship and to destroy evidence regarding the nature of their relationship and their activities;

e. Defendant JINCHAO WEI surreptitiously gathered national defense information for Conspirator A, accessing restricted U.S. Navy computer systems to gather such national defense information;

f. Defendant JINCHAO WEI transmitted and attempted to transmit to Conspirator A documents, sketches, plans, notes, and other information relating to the national defense, specifically, technical data present in manuals and other documents for the U.S.S. Essex LHD amphibious assault ship and other LHD amphibious assault ships, which were closely held and conspicuously marked with warnings that the documents contained technical data subject to export controls and that unauthorized export of that technical data could subject the exporter to severe criminal penalties; and

g. Conspirator A paid defendant JINCHAO WEI in exchange for the national defense information and export-controlled documents that defendant JINCHAO WEI provided to Conspirator A.

**Overt Acts in Furtherance of the Conspiracy**

19. In furtherance of the conspiracy and to achieve the objects thereof, defendant JINCHAO WEI and Conspirator A committed and caused

to be committed the following overt acts, among others, in the Southern District of California and elsewhere:

a. Between on or about February 14, 2022, and February 15, 2022, Conspirator A contacted defendant JINCHAO WEI, and requested information available to defendant JINCHAO WEI as an enlisted service member of the U.S. Navy.

b. On or about February 15, 2022, defendant JINCHAO WEI and Conspirator A discussed deleting communications involving the two of them to avoid detection by authorities.

c. On or about February 18, 2022, Conspirator A requested that defendant JINCHAO WEI pass information to Conspirator A about ships moored at Naval Base San Diego, including photographs and videos.

d. On or about February 22, 2022, Conspirator A requested that defendant JINCHAO WEI provide information regarding the maintenance cycle aboard U.S. Navy ships, including his Wasp class LHD, which defendant JINCHAO WEI said would be viewed as spying and affect his pending application for U.S. Citizenship. Defendant JINCHAO WEI also told Conspirator A that he would look for the information Conspirator A requested after defendant JINCHAO WEI returned to his ship in March 2022.

e. On or about February 22, 2022, defendant JINCHAO WEI contacted another U.S. sailor and stated that he was on the radar of a Chinese intelligence organization and that he met someone who was asking him suspicious questions about the U.S. Navy, including questions about the

maintenance cycle of U.S. Navy ships, and asking him to take photographs of a U.S. Naval base. Defendant JINCHAO WEI also told the other U.S. sailor that he was no idiot and that based on what he was being asked to do, this was "quite obviously fucking espionage."

f. On or about February 23, 2022, defendant JINCHAO WEI and Conspirator A agreed to use a second encrypted communication application.

g. On or about March 7, 2022, Conspirator A instructed defendant JINCHAO WEI to send photographs and other material obtained through his service in the U.S. Navy through a particular secure communication application.

h. On or about March 13, 2022, defendant JINCHAO WEI sent multiple photographs and videos of the U.S.S. Essex to Conspirator A.

i. On or about April 21, 2022, defendant JINCHAO WEI advised Conspirator A of the sea taskings and current location of various U.S. Navy LHDs.

j. Between on or about April 23, 2022, and April 26, 2022, defendant JINCHAO WEI and Conspirator A discussed the importance of electro mechanics on Chinese type 075 amphibious assault ships and aircraft carriers.

k. On or about April 27, 2022, in connection with his application to become a U.S. citizen, defendant JINCHAO WEI stated, under penalty of perjury, to an officer of the U.S. Department of Homeland Security, United States Citizenship and Immigration Service, that he had not

committed a crime or offense for which he had not been arrested.

l. On or about May 15, 2022, defendant JINCHAO WEI listed the defensive weapons aboard the U.S.S. Essex for Conspirator A, and disclosed what he believed was a weak point of the U.S.S. Essex.

m. On or about May 18, 2022, at his naturalization ceremony, defendant JINCHAO WEI stated, under penalty of perjury, that since April 27, 2022, he had not committed a crime or offense for which he had not been arrested. Later that day, Conspirator A sent money to defendant JINCHAO WEI and congratulated WEI for being granted U.S. Citizenship.

n. On or about June 5, 2022, defendant JINCHAO WEI sent to Conspirator A approximately 30 technical and mechanical manuals that contained export control warnings on them and which detailed the operation of multiple systems aboard LHDs and similar ships, including power, steering, aircraft and deck elevators, as well as damage and casualty controls.

o. On or about June 6, 2022, Conspirator A advised that 10 of the export-restricted manuals proved useful, and that Conspirator A had not seen those manuals before defendant JINCHAO WEI sent them to Conspirator A.

p. Between on or about June 10, 2022, through June 11, 2022, Conspirator A transferred $5,000 to defendant JINCHAO WEI as compensation for transmitting the 30 export-restricted technical and mechanical manuals related to the operation of LHDs and similar ships.

q. On or about June 13, 2022, Conspirator A and defendant JINCHAO WEI agreed to not speak with others about what they were doing and to delete any online connection between them.

r. On or about June 14, 2022, Conspirator A requested defendant JINCHAO WEI pass information available to Conspirator A about the numbers and training of U.S. Marines involved in an upcoming international maritime warfare exercise, as well as photographs of military hardware, including guns, vehicles, and planes.

s. On or about July 7, 2022, defendant JINCHAO WEI sent to Conspirator A multiple photographs of military equipment as requested by Conspirator A.

t. On or about August 14, 2022, defendant JINCHAO WEI sent to Conspirator A national defense information, to wit, 26 technical and mechanical manuals related to the power structure, propulsion system, and operation of LHDs and similar ships, which were stored on restricted access U.S. Navy computer systems and, on their face, warned users that the manuals contained technical data subject to export controls, that distribution was limited to U.S. government or U.S. Department of Defense personnel, that some of the manuals contained information deemed "critical technology" by the U.S. Navy, and that users should destroy the manuals to prevent unauthorized disclosures.

u. Between on or about August 30, 2022, and September 6, 2022, Conspirator A transferred $1,200 to defendant

JINCHAO WEI for the passage of export-restricted manuals, including national defense information, and for continuing work for Conspirator A.

v. On or about September 27, 2022, Conspirator A tasked defendant JINCHAO WEI with providing additional information about the U.S.S. Essex.

w. On or about September 30, 2022, Conspirator A transferred money to defendant JINCHAO WEI.

x. On or about October 8, 2022, defendant JINCHAO WEI sent to Conspirator A national defense information, to wit, documents about the U.S.S. Essex from at least one manual that contained export control, distribution, and destruction warnings and that related to damage control, the layout and location of certain departments and berthing quarters aboard the ship, weapons systems, and other topics.

y. On or about October 9, 2022, Conspirator A requested any information defendant JINCHAO WEI could obtain on the U.S. Navy’s LHD lightning carrier and other amphibious combat concepts, and defendant JINCHAO WEI agreed to do so.

z. On or about October 26, 2022, Conspirator A transferred money to defendant JINCHAO WEI.

aa. On or about November 13, 2022, defendant JINCHAO WEI advised that he would be receiving specialized fire training and offered and agreed to pass detailed information about the training to Conspirator A.

bb. On or about November 24, 2022, Conspirator A transferred money to defendant JINCHAO WEI.

cc. On or about December 1, 2022, defendant JINCHAO WEI passed technical and mechanical manuals that contained export control warnings to Conspirator A related to the U.S.S. Essex.

dd. On or about January 9, 2023, defendant JINCHAO WEI spoke with Conspirator A, who instructed defendant JINCHAO WEI to pass information about the overhaul and upgrades to the U.S.S. Essex, and directed defendant JINCHAO WEI to film blueprints with a cellphone, stressing the importance of passing information about any modifications to the flight deck.

ee. On or about January 11, 2023, Conspirator A transferred money to defendant JINCHAO WEI.

ff. On or about January 21, 2023, Conspirator A offered to fly defendant JINCHAO WEI and his mother to China in order for defendant JINCHAO WEI and Conspirator A to meet in person.

gg. On or about February 1, 2023, Conspirator A transferred money to defendant JINCHAO WEI.

hh. On or about February 5, 2023, defendant JINCHAO WEI advised Conspirator A that LHDs, including the U.S.S. Essex, are the Navy’s transportation tool for U.S. Marines, and listed several repairs underway for the U.S.S. Essex, as well as mechanical problems for another LHD that would affect the other ship’s ability to deploy as previously scheduled.

ii. From on or about February 27, 2023, through on or about June 7, 2023, Conspirator A made multiple transfers of money to defendant JINCHAO WEI, totaling approximately $2,100.

All in violation of Title 18, United States Code, Section 794(c).

**Count 2**

20. The allegations contained in paragraphs 1 through 19 are realleged and incorporated as if fully set forth in this paragraph.

21. Beginning in or about August 2022, and continuing through in or about October 2022, within the Southern District of California, and elsewhere, defendant JINCHAO WEI, aka Patrick Wei, did knowingly and unlawfully communicate, deliver, and transmit to a foreign government, to wit, the People's Republic of China, and representatives, officers, agents, employees, subjects, and citizens thereof, directly and indirectly, documents, writings, sketches, notes, and information relating to the national defense of the United States, that is technical data present in manuals and other documents for the U.S.S. Essex LHD amphibious assault ship and other LHD amphibious assault ships, with intent and reason to believe that such documents and information were to be used to the injury of the United States and to the advantage of a foreign nation; in violation of Title 18, United States Code, Sections 794(a) and 2.

**Count 3**

22. The allegations contained in paragraphs 1 through 19 are realleged and incorporated as if fully set forth in this paragraph.

23. Beginning in or about February 2022, and continuing through August 2023, within the Southern District of California, and elsewhere, defendant JINCHAO WEI, aka Patrick Wei, and Conspirator A, did knowingly

and unlawfully conspire together and with each other and with others, known and unknown to the grand jury, to willfully export technical data related to defense articles from the United States to the People's Republic of China without first having obtained the required licenses from DDTC; in violation of Title 22, United States Code, Sections 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Sections 121.1, 127.1, and 127.3.

**Manner and Means of the Conspiracy**

24. Defendant JINCHAO WEI and Conspirator A used the following manner and means, among others, to export technical data related to defense articles from the United States to the People's Republic of China without first having obtained the required licenses from DDTC:

a. Defendant JINCHAO WEI and Conspirator A used multiple internet-based encrypted methods to communicate;

b. Conspirator A tasked defendant JINCHAO WEI with collection priorities and the type of U.S. military information Conspirator A was interested in receiving;

c. Conspirator A instructed defendant JINCHAO WEI to gather U.S. military information that was not public and told him that original documents were preferred;

d. Conspirator A instructed defendant JINCHAO WEI not to discuss their relationship and to destroy evidence regarding the nature of their relationship and their activities;

e. Defendant JINCHAO WEI surreptitiously gathered export-controlled information concerning the U.S. Navy for Conspirator A, using his phone to take photographs and

his access to restricted computer systems to gather information;

f. Defendant JINCHAO WEI exported controlled technical information concerning defense articles related to the U.S. Navy to Conspirator A, who he knew lived in China, without obtaining the required licenses or approval from the U.S. State Department; and

g. Conspirator A paid defendant JINCHAO WEI in exchange for the information and documents that defendant JINCHAO WEI provided to Conspirator A.

**Overt Acts in Furtherance of the Conspiracy**

25. In furtherance of the said conspiracy and to achieve the objects thereof, defendant JINCHAO WEI and Conspirator A committed and caused to be committed, among others, the overt acts alleged in paragraphs 19(a) to 19(ii) above.

All in violation of Title 22, United States Code, Section 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Sections 121.1, 127.1, and 127.3.

**Counts 4-6**

26. The allegations contained in paragraphs 1 through 19 are realleged and incorporated as if fully set forth in this paragraph.

27. On or about the dates listed for each count, within the Southern District of California, and elsewhere, defendant JINCHAO WEI, aka Patrick Wei, did willfully export from the United States to the People's Republic of China export-controlled technical data related to defense articles on U.S. Navy surface warfare vessels, without first obtaining the required license or written approval from the U.S. State Department:

| Count | Approximate Date of Export | Exported Item |
|---|---|---|
| 4 | June 5, 2022 | Boiler water/feedwater technical manual for LHD amphibious assault ships |
| 5 | August 14, 2022 | Propulsion operating guide for LHD amphibious assault ships |
| 6 | October 8, 2022 | Weapons control system manual for LHD amphibious assault ships |

each in violation of Title 22, United States Code, Section 2778(b)(2) and (c), Title 22, Code of Federal Regulations, Sections 121.7, 127.1, and 127.3, and Title 18, United States Code, Section 2.

**Count 7**

28. The allegations contained in paragraphs 1 through 19 are realleged and incorporated as if fully set forth in this paragraph.

29. On or about April 27, 2022, within the Southern District of California, defendant JINCHAO WEI, aka Patrick Wei, did knowingly procure, contrary to law, his naturalization, in that he knowingly made a false statement under oath in a proceeding in furtherance of his procurement of citizenship and the false statement was material to his ultimate procurement of citizenship, to wit, in an interview in connection with his application for naturalization (Form N-400), defendant was asked the question at Part 12, Question 22 of his Form N-400: "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?" and in response, defendant falsely testified under oath to an officer of the U.S. Department of Homeland Security, United States Citizenship and Immigration Service ("USCIS") that he had not committed a crime or offense for which he was not arrested, where he then knew, he had, in fact, committed the crime charged in Count 1 of this Superseding Indictment, in violation of Title 18, United States Code, Section

1015(a), all in violation of Title 18, United States Code, Section 1425(a).

**CRIMINAL FORFEITURE**

30. The allegations contained in Counts 1 through 7 of this Superseding Indictment are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 794(d) and 981(a)(1)(C), Title 22, United States Code, Section 401, and Title 28, United States Code, Section 2461(c).

31. Upon conviction of the one and more of the offenses alleged in Counts 1 and 2, defendant JINCHAO WEI, aka Patrick Wei, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 794(d)(1), any property, real and personal, constituting and derived from any proceeds obtained directly and indirectly as a result of the violations, and all property used and intended to be used in any manner and part to commit and to facilitate the commission of the violations.

32. Upon conviction of one and more of the offenses alleged in Counts 3 through 6 and pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 22, United States Code, Section 401, and Title 28, United States Code Section 2461(c) defendant JINCHAO WEI, aka Patrick Wei, shall forfeit to the United States all property constituting, and derived from, any proceeds the defendant obtained, directly and indirectly, as the result of the offenses and all arms and munitions of war, and all commodities and technology which is intended to be and was being exported in violation of law.

33. If any of the forfeitable property described above in paragraphs 31 and 32, as a result of any act or omission of the defendant;

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c) which incorporates the provisions of Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All pursuant to Title 18, United States Code, Sections 794(d) and 981(a)(1)(C), Title 22, United States Code, Section 401, and Title 28, United States Code, Section 2461(c).

DATED: February 29, 2024.

TARA K. MCGRATH
United States Attorney

By: ______________________
FRED SHEPPARD
JOHN PARMLEY
Assistant U.S. Attorneys

ADAM BARRY
Trial Attorney
National Security Division